NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3057

JUAN R. COLON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

Matthew T. Surlin, Rozanski & Associates, of Los Angeles, California, argued for petitioner.  With him on the brief was Stanley H. Rozanski.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Assistant Director.

Appealed from:  Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3057

JUAN R. COLON,

Petitioner,

v.

DEPARTMENT OF JUSTICE,

Respondent.

# Judgment

ON APPEAL from the      Merit Systems Protection Board

in CASE NO(S).      SF0752070266-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MICHEL, Chief Judge, FRIEDMAN and GAJARSA, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED October 9, 2009      /s/ Jan Horbaly
                                    Jan Horbaly, Clerk